UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yu Sun,<br><br>      Petitioner,<br><br> -against-<br><br>Kristi Noem et al.,<br><br>      Respondents. | 25-CV-10635 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Petitioner's Emergency Motion for a Temporary Restraining Order, Dkt. 2, is GRANTED. Respondents are ORDERED not to remove the petitioner from the Southern District of New York, Eastern District of New York, or District of New Jersey pending further order of the Court.

 The Clerk of Court is respectfully directed to notify Jeffrey Oestericher, Pierre Armand, Christine Poscablo, and Brandon Waterman by email of this order, and to terminate the motion at Dkt. 2.

  SO ORDERED.

Dated: December 23, 2025
   New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge